UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHAWN BOYKIN, | ) | Case No. CV 08-4451 ABC(JC) |
| Petitioner, | ) | ~~(PROPOSED)~~ |
| v. | ) | JUDGMENT |
| JAMES D. HARTLEY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion to Dismiss the Petition for Writ of Habeas Corpus is granted and this action is dismissed with prejudice.

DATED:  June 17, 2009

*/s/ Audrey B. Collins*

_____
HONORABLE AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE